## JOAN FOURNIER-LEFEBVRE *v.* RICHARD F. LEFEBVRE (AC 25111)

Lavery, C. J., and Foti and Dupont, Js.

Argued January 12—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

## TOMASSO MORGERA *v.* BEATRICE CHIAPPARDI (AC 24828)

Schaller, Flynn and Hennessy, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

## TYRONE MONTGOMERY *v.* COMMISSIONER OF CORRECTION (AC 24523)

Schaller, Flynn and Hennessy, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.